15 A.3d 429

**Victor SIMMONS, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 164 EM 2010.**

Supreme Court of Pennsylvania.

March 11, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of March, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**